UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN PATRICK MICKLIN,

      Plaintiff,

v.

SHEILA GOODELL, et al.

      Defendants.
_____/

Case No.  1:07-CV-237

Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiff on October 3, 2007.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge entered October 3, 2007, is approved and adopted as the opinion of the court.  Plaintiff's complaint is **dismissed for failure to state a claim.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Enlargement of Time (docket no. 4) and Plaintiff's Motion for Service (docket no. 5) are **DISMISSED AS MOOT**.

Dated:  January 3, 2008

          /s/ Gordon J. Quist
       GORDON J. QUIST
UNITED STATES DISTRICT JUDGE